1  EMILIO G. GONZALEZ (CA State Bar No. 197382)
   emiliogonzalez@dwt.com
2  JACKLINA A. LEN (CA State Bar No. 298293)
   jacklinalen@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
4  865 South Figueroa Street, Suite 2400
   Los Angeles, California 90017
5  Telephone:    (213) 633-6800
   Facsimile:    (213) 633-6899
6
7  MICHAEL A. APARICIO (CA State Bar No. 206300)
   maparicio@dwt.com
8  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
9  San Francisco, California  94111
   Telephone:  (415) 276-6500
10 Facsimile:  (415) 276-6599

11
   Attorneys for DEFENDANT
12 LUCASFILM LTD. LLC

13

14                 IN THE UNITED STATES DISTRICT COURT

15              THE NORTHERN DISTRICT OF CALIFORNIA

16                      SAN FRANCISCO DIVISION

17

18 JEFFREY PORTER,                    Case No. 3:15-cv-03961-JSC

19          Plaintiff,                ORDER re:
                                      **NOTICE OF SETTLEMENT**
20      v.

21 LUCASFILM LTD. LLC,                Complaint filed:  July 30, 2015
                                      Trial date:  January 23, 2017
22          Defendant.

23

24

25

26

27

28

NOTICE OF SETTLEMENT
Case No. 3:15-cv-3961 JSC
DWT 29464318v2 0048178-000020

1   **TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2       **PLEASE TAKE NOTICE THAT** that the Parties to the above-entitled matter have

3   reached a settlement in principle and will shortly submit a Request for Dismissal with prejudice.

4   The Parties anticipate that such Request for Dismissal will be filed within the next 30 days.

5       The Parties request that the Court vacate all pending deadlines and hearing dates,

6   including:

7       (A)     the May 26, 2016, hearing on Plaintiff's Motion to Strike Affirmative Defenses;

8               and

9       (B)     the June 13, 2016, Settlement Conference, scheduled before the Honorable Kandis

10              Westmore.

11

12  Respectfully Submitted,

13  DATED: May 2, 2016                    DAVIS WRIGHT TREMAINE LLP

14

15                                        By: /s/ Michael A. Aparicio
                                              Michael A. Aparicio

16

17                                        Attorneys for Defendant
                                          LUCASFILM LTD. LLC

18

19  DATED: May 2, 2016                    RENAKER HASSELMAN LLP

20

21                                        By: /s/ Teresa S. Renaker
                                              Teresa S. Renaker

22

23                                        Attorneys for Plaintiff
                                          JEFFREY PORTER

24  / / /
        All pending hearing dates are vacated. A case management conference is set for June 16,
25  / / /
        2016 at 1:30 p.m., a joint case management conference statement or a stipulation of
26  / / /
        dismissal shall be filed seven days prior to the conference.
27  / / /  Dated: May 3, 2016

28  / / /

GRANTED

UNITED STATES DISTRICT COURT
Judge Jacqueline Scott Corley
NORTHERN DISTRICT OF CALIFORNIA