UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PORTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LUCASFILM LTD. LLC,<br><br>　　　　　Defendant. | Case No. 15-cv-03961-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REFERRING TO MAGISTRATE WESTMORE FOR SETTLEMENT** |

　　　　The matter is referred to Magistrate Judge Kandis A. Westmore for a settlement conference to take place within 45 days. The case management conference currently scheduled for July 7, 2016 is continued to September 1, 2016 at 1:30 p.m.; a joint case management conference statement shall be filed seven days prior to the conference.

　　　　**IT IS SO ORDERED.**

Dated: July 1, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge